### John McKLEROY v. STATE.
### 7 Div. 994.

Court of Appeals of Alabama.
Jan. 13, 1949.

Kenneth A. Roberts, of Anniston, and D. T. Ware, of Roanoke, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal abated on death of appellant.

### Eldred McWILLIAMS v. STATE.
### 8 Div. 719.

39 So.2d 59.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

### James MARTIN, alias v. STATE.
### 6 Div. 670.

38 So.2d 202

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

### Ray MARTIN v. STATE.
### 8 Div. 745.

Court of Appeals of Alabama.
Jan. 18, 1949.

Joe Starnes, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, want of prosecution.

### Carrie (alias Carrel) Lee MAYO v. STATE.
### 6 Div. 731.

41 So.2d 921

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

### Lark MERCER v. STATE.
### 4 Div. 110.

42 So.2d 847

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.